IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. JKB-24-1358 |
| RAYMOND E. ODEMNS, JR., et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

In this condemnation action, Amtrak, pursuant to 49 U.S.C. § 24311, has acquired 800 North Brice Street, Baltimore, Maryland. The Court held a hearing regarding the just compensation for the property and issued an Order setting such just compensation at $4,000. (ECF No. 32.) Amtrak has deposited funds totaling $4,000, which have been held in an interest-bearing account in the registry of the Court. (*See* ECF No. 9.)

The Court concludes that it has jurisdiction over all appearing and non-appearing Defendants, given the nature of this action and that all Defendants have been served by Amtrak. (*See* ECF No. 19 (status report detailing service of process on Defendants).) Further, the time for filing motions for disbursement has passed. As provided in 49 U.S.C. § 24311(b)(4), "[o]n application of a party, the court may order immediate payment of any part of the amount deposited in the court for the compensation to be awarded." Federal Rule of Civil Procedure 71.1(c)(4) provides that "[t]he court [] may order any distribution of a deposit that the facts warrant."

The only Defendant that has filed a Motion for Disbursement is the Mayor and City Council of Baltimore City (the "City"). (ECF No. 26.) The City seeks a disbursement of $4,000 plus accrued interest. (*Id.*) It provides an affidavit from Dorothy Reed, Deputy Chief for the City of Baltimore Bureau of Revenue Collections of the Department of Finance, in which she "attest[s]

and affirm[s] that a search of the City tax lien record" reflects that $35,397.37 is due and owing to the City. (ECF No. 26-2.) Attached to the affidavit is documentation supporting this figure. (*See* ECF No. 26-2 at 4–50.) The Court finds that, upon the facts in the record, a distribution of $4,000 plus accrued interest to the City is appropriate.

Accordingly, it is ORDERED that:

1. The City's Motion for Disbursement of Funds (ECF No. 26) is GRANTED.
2. The Clerk is DIRECTED to issue and mail the following check to the City:
   a. $4,000 plus all accrued interest, payable to the Director of Finance, and mailed to the attention of Thomas P.G. Webb, Esq., Baltimore City Law Department, 100 N Holliday Street, City Hall – Room 101, Baltimore, Maryland 21202.
3. The Clerk is DIRECTED to CLOSE this case.

DATED this _6_ day of November, 2024.

BY THE COURT:

*/s/ James K. Bredar*
James K. Bredar
United States District Judge